IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| CARLA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:  16-CV-864-DRH |
| | ) | |
| CITY OF COLUMBIA, IL., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Carla Edwards, by and through her undersigned attorney, and advises the Court that this matter has settled.

**BROWN & JAMES, P.C.**

/s/  Russell F .Watters
Russell F. Watters, #25758
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314-421-3400 – Phone
314-421-3128 – Fax
rwatters@bjpc.com
*Attorney for Plaintiff Carla Edwards*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served via the court's electronic filing system this 3rd day of November, 2016 to:

          /s/ Russell F. Watters

#13274638