IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARLA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-864-DRH-DGW |
| | ) | |
| CITY OF COLUMBIA, IL, and | ) | |
| JOHN & JANE DOE PUBLIC | ) | |
| EMPLOYEES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, Carla Edwards, and the defendant, The City of Columbia, Illinois, only, to the above-captioned suit, by and through their undersigned attorneys, that upon presentation of this Stipulation to the then presiding Judge of the United States District Court for the Southern District of Illinois, the following Order may, and shall be entered in said suit dismissing said Complaint originally filed by Carla Edwards with prejudice and with prejudice to the claims, demands and choses in action sued upon therein against said defendant, City of Columbia, Illinois, only. Each party to bear its own costs.

/s/RUSSELL F. WATTERS (By consent)
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO  63101-2501
(314) 421-3400

/s/CHARLES A. PIERCE
PIERCE LAW FIRM, P.C.
#3 Executive Woods Court, Ste 200
Belleville, IL  62226
(618) 277-5599

ATTORNEY FOR PLAINTIFF,
Carla Edwards

ATTORNEY FOR DEFENDANT,
City of Columbia, IL