IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CARLA EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 3:16-cv-00864-DRH-DGW |
| ) | |
| CITY OF COLUMBIA, IL., ) | |
| ) | |
| ) | |
| and ) | JURY TRIAL DEMANDED |
| ) | |
| ) | |
| JOHN & JANE DOE PUBLIC EMPLOYEES 1-10, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM RESPONDING TO THE COURT'S REQUEST FOR CLARIFICATION ON THE DISMISSAL STATUS OF JANE & JOHN DOE CITY OF COLUMBIA DEFENDANTS IN THE ABOVE-CAPTIONED CASE**

In an order filed November 9th, 2016 in regard to plaintiff's already-filed stipulation of dismissal, the Court directed plaintiff to clarify the dismissal status of the Jane & John Doe City of Columbia employees also named as defendants in the instant suit.

The Jane and John Doe City of Columbia employees are also subject to the already-filed stipulation of dismissal, and should be dismissed with prejudice as well.

                                          **BROWN & JAMES, P.C.**

                                          /s/ Russell F. Watters
                                          Russell F. Watters, Mo. #25758MO, #2951274IL
                                          800 Market Street, Suite 1100
                                          St. Louis, Missouri 63101-2501
                                          314-421-3400 – Phone
                                          314-421-3128 – Fax
                                          rwatters@bjpc.com
                                          *Attorneys for Plaintiff Carla Edwards*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of December, 2016, the foregoing was filed with the Court with electronic service to the following:

Chuck Pierce
Pierce Law Firm, P.C.
3 Executive Woods Ct, Suite 200
Belleville IL 62226
cpierce@piercelawpc.com
*Counsel for City of Columbia*

                                          /s/ Russell F. Watters

13328431